**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-2198**

———————

DEBRA MAYES,

               Plaintiff - Appellant,

      v.

GRAPHIC PACKAGING INTERNATIONAL,

               Defendant – Appellee,

      and

RENEE TIPPENS,

               Defendant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert J. Conrad, Jr., Chief District Judge. (3:10-cv-00410-RJC-DSC)

———————

Submitted: February 16, 2012     Decided: February 28, 2012

———————

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Debra Mayes, Appellant Pro Se. Mason Gardner Alexander, Jr., Margaret Kingston, FISHER & PHILLIPS, LLP, Charlotte, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Debra Mayes appeals the district court's order granting the Defendant's motion for summary judgment in her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Mayes v. Graphic Packaging Int'l, No. 3:10-cv-00410-RJC-DSC (W.D.N.C. Oct. 28, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED